| | |
|---|---|
|  Court's Address and Phone Number:<br>MIDDLESEX Special Civil Part<br>56 PATERSON STREET, 3RD FLOOR<br>P.O. BOX 1146<br>NEW BRUNSWICK, NJ 08903-1146<br><br>732-645-4300 ext.88382 | **Superior Court of New Jersey**<br>**Law Division, Special Civil Part**<br><br>**MIDDLESEX** County<br>Docket No: **MID-DC-012548-19**<br>**Civil Action**<br>**CONTRACT DISPUTE** |

## YOU ARE BEING SUED!

| **Person or Business Suing You (*Plaintiff*)**<br>SZERMAN INC | **Person or Business Being Sued (*Defendant*)**<br>HAPAG LLOYED (AMERICA0 LLC |
|---|---|
| **Plaintiff's Attorney Information** | **The Person or Business Suing You Claims You Owe the Following:**<br>Demand Amount — $14403.90<br>Filing Fee — $75.00<br>Service Fee — $7.00<br>Attorney's Fees — $0.00<br>**TOTAL — $14485.90** |

**FOR JUDICIARY USE ONLY**

In the attached complaint, the person or business suing you briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. **If you do not answer the complaint, you may lose the case automatically and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. You have 35 days from the date of service to file your answer or a signed agreement.** If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment. The judgment is valid for 20 years.

**IF YOU DISAGREE WITH THE PLAINTIFF'S CLAIMS, A WRITTEN ANSWER OR SIGNED AGREEMENT MUST BE RECEIVED BY THE COURT ABOVE, ON OR BEFORE 11/07/2019, OR THE COURT MAY RULE AGAINST YOU. IF YOU DISAGREE WITH THE PLAINTIFF, YOU MUST DO ONE OR BOTH OF THE FOLLOWING:**

1. *Answer the complaint*. An answer form that will explain how to respond to the complaint is available at any of the New Jersey Special Civil Part Offices or on the Judiciary's Internet site njcourts.gov under the section for Forms. If you decide to file an answer to the complaint made against you:
   - Fill out the Answer form AND pay the applicable filing fee by check or money order payable to: *Treasurer, State of New Jersey*. Include **MID-DC-012548-19** (your Docket Number) on the check.
   - Mail or hand deliver the completed Answer form and the check or money order to the court's address listed above.
   - Hand deliver or send by regular mail a copy of the completed Answer form to the plaintiff's attorney. If the plaintiff does not have an attorney, send your completed answer form to the plaintiff by regular and certified mail. This MUST be done at the same time you file your Answer with the court on or before **11/07/2019**.

2. *Resolve the dispute*. Contact the plaintiff's attorney, or contact the plaintiff if the plaintiff does not have an attorney, to resolve this dispute. The plaintiff may agree to accept payment arrangements. If you reach an agreement, mail or hand deliver the **SIGNED** agreement to the court's address listed above on or before **11/07/2019**.

**Please Note - You may wish to get an attorney to represent you.** If you cannot afford to pay for an attorney, free legal advice may be available by contacting Legal Services at 732-249-7600. If you can afford to pay an attorney but do not know one, you may call the Lawyer Referral Services of your local County Bar Association at 732-828-0053. Notify the court now if you need an interpreter or an accommodation for a disability for any future court appearance.

/s/ Michelle M. Smith
Clerk of the Superior Court



|  Dirección y teléfono del tribunal<br>Parte Civil Especial de MIDDLESEX<br>56 PATERSON STREET, 3RD FLOOR<br>P.O. BOX 1146<br>NEW BRUNSWICK, NJ 08903-1146<br>732-645-4300 ext.88382 | El Tribunal Superior de Nueva Jersey<br>División de Derecho, Parte Civil Especial<br><br>Condado de **MIDDLESEX**<br>Número del expediente **MID-DC-012548-19**<br>Demanda de Acción Civil<br>**NOTIFICACIÓN DE DEMANDA**<br>**CONTRACT DISPUTE** |
|---|---|
| ¡LE ESTÁN DEMANDANDO! ||
| **Persona o entidad comercial que le está demandando** *(el demandante)*<br>SZERMAN INC<br><br>**Información sobre el abogado del demandante** | **Persona o comercial ser demandada** *(el demandado)*<br>HAPAG LLOYED (AMERICA0 LLC<br><br>**La persona o comercial que le está demandando afirma que usted le debe lo siguiente:**<br>Cantidad a la vista $14403.90<br>Tasa judicial $75.00<br>Cargo del emplazamiento $7.00<br>Honorarios del abogado $0.00<br>**TOTAL** **$14485.90** |

**PARA USO EXCLUSIVO DEL PODER JUDICIAL**

En la demanda adjunta la persona o entidad comercial que le está demandando le informa brevemente al juez su versión de los hechos de la causa y la suma de dinero que afirma que usted le debe. **Si usted no responde a la demanda puede perder la causa automáticamente y el juez puede dar al demandante lo que está pidiendo más intereses y los costos legales. Usted tiene 35 días a partir de la fecha del emplazamiento para presentar su respuesta o un acuerdo firmado.** Si se dicta un fallo en su contra, un Oficial de la Parte Civil Especial puede embargar su dinero, sueldo o sus bienes muebles (personales) para pagar todo el fallo o una parte del mismo. El fallo es válido por 20 años.

**SI USTED NO ESTÁ DE ACUERDO CON LAS ALEGACIONES DEL DEMANDANTE, EL TRIBUNAL TIENE QUE RECIBIR UNA RESPUESTA POR ESCRITO O UN ACUERDO FIRMADO PARA EL 11/07/2019 O ANTES DE ESA FECHA, O EL JUEZ PUEDE EMITIR UN FALLO EN SU CONTRA. SI USTED NO ESTÁ DE ACUERDO CON EL DEMANDANTE, DEBE HACER UNA DE LAS SIGUIENTES COSAS O LAS DOS:**

1. *Responder a la demanda.* Un formulario de respuesta que le explicará cómo responder a la demanda está disponible en cualquiera de las Oficinas de la Parte Civil Especial de Nueva Jersey o en el sitio Internet del Poder Judicial njcourts.gov bajo la sección de formularios (Forms). Si usted decide presentar una respuesta a la demanda que se hizo en su contra:
   - Llene el formulario de Respuesta Y pague la tasa judicial de presentación que corresponda mediante un cheque o giro bancario o postal acreditable al: "***Treasurer, State of New Jersey***" (Tesorero del Estado de Nueva Jersey). Incluya **MID-DC-012548-19** (el número de su expediente) en el cheque.
   - Envíe por correo el formulario de Repuesta llenado y el cheque o giro bancario o postal a la dirección del tribunal que figura más arriba, o entréguelos personalmente en dicha dirección.
   - Entregue personalmente o envíe por correo común una copia del formulario de Repuesta llenado al abogado del demandante. Si el demandante no tiene abogado, envíe su formulario de respuesta llenado al demandante por correo común y por correo certificado. Esto SE TIENE que hacer al mismo tiempo que presente su Respuesta al tribunal a más tardar el **11/07/2019**.

2. *Resolver la disputa.* Comuníquese con el abogado del demandante, o con el demandante si éste no tiene abogado, para resolver esta disputa. El demandante puede estar de acuerdo con aceptar arreglos de pago. **Si llegara a un acuerdo, envíe por correo o entregar personalmente el acuerdo FIRMADO** a la dirección del tribunal que figura más arriba, o entréguelo personalmente en dicha dirección a más tardar el **11/07/2019**.

**Nota - Puede que usted quiera conseguir que un abogado para que lo represente.** Si usted no puede pagar a un abogado, podría obtener consejos legales gratuitos si se comunica con Legal Services (Servicios Legales) llamando al 732-249-7600. Si usted puede pagar a un abogado, pero no conoce a ninguno, puede llamar al Lawyer Referral Services (Servicios de Recomendación de Abogados) del Colegio de Abogados (Bar Association) de su condado local al 732-828-0053. Notifique al tribunal ahora si usted necesita un intérprete o un arreglo por una discapacidad para cualquier comparecencia futura en el tribunal.

/s/ Michelle M. Smith
Subsecretario(a) del Tribunal Superior

# Form A

**Plaintiff's Name (first, middle, last):** Szermay Inc.
**Street Address:** 14/A Van Dyke Ave
**City, State, Zip:** New Brunsick, NJ. 08901
**Telephone Number:** (732) 342-7242

**Defendant's Name (first, middle, last):** Hapag Lloyd (America) LLC
**Street Address:** 399 Hose Lang
**City, State, Zip:** Piscataway, NJ 08854
**Telephone Number:** (732) 562-1800

**Superior Court of New Jersey**
**Law Division, Special Civil Part**
Middlesex County
Docket Number _____
(to be provided by the court)

**Civil Action**

**Complaint**

Type or print the reasons you, the Plaintiff(s), are suing the Defendant(s): (See instruction B)
Attach additional sheets if necessary.

Please See attached sheet for the Reasons.

The amount you, the Plaintiff(s) are demanding from the Defendant(s) $ 14,485.90

At the trial Plaintiff will need:
An interpreter          ☐ Yes ☒ No   Indicate language: _____
An accommodation for disability   ☐ Yes ☒ No   Indicate accommodation _____

I certify that the matter in controversy is not the subject of any other court action or arbitration proceeding, now pending or contemplated, and that no other parties should be joined in this action.

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

Date 9/20/2019

Your Signature: Bharat D Patel

Name Typed, Stamped or Printed
Szermay Inc.
14 A Van Dyke Avenue
New Brunswick, NJ 08901
(732) 342-7242

BCH # 137        DATE 9-20-19
(CHK)/CA/MO # 1087
FEE         $82.00
OVP         $
COPY/SANC   $
TOTAL       $82.00

Revised 06/26/2017, CN 10541                                page 8 of 12



Szerman Inc
14/A Van Dyke Ave
New Brunswick, NJ 08901

Re : B/L No.HLCUBSC1906BRYW0
We have paid in full for the Freight charges for this Bill of Lading to get original Bill of Lading.
We have sent original Bill of Lading along with required documents to our consignee in India.
My consignee couldn't get the delivery order to release the cargo despite presenting Original Bill of Lading. There for my consignee had to paid Detention charges to shipping Co. ( Hapag Lloyd (America) LLC.) to $ 6403.90 to get the delivery order to release the cargo. And there for my consignee lost some business and credibility in the market. Because of this situation my consignee debited $8,000 from our account.

# Form B

| Court's Address and Phone Number: | Superior Court of New Jersey |
|---|---|
| Middlesex _____ Special Civil Part | Law Division, Special Civil Part |
| 56 Paterson Street | __Middlesex__ County |
| New Brunswick, NJ 08903 | Docket No: DC _____ |
| | Civil Action |
| Telephone No. (732) 645-4300 | **SUMMONS** |
| | Check one ☒ Contract ☐ Tort |

## YOU ARE BEING SUED!

**Person or Business Suing You (*Plaintiff*)**

SZERMAN INC (Psopsitor sale)
14/A VAN DYKE AVE
NEW BRUNSWICK, NJ 08901

(See the following page(s) for additional plaintiffs)

**Plaintiff's Attorney Information**

**Person or Business Being Sued (*Defendant*)**

HAPAG LLYOD (AMERICA) LLC
399 HOSE LANE
PISCATWAY, NJ 08854

(See the following page(s) for additional defendants)

**The Person or Business Suing You Claims You Owe the Following:**

| | |
|---|---|
| Demand Amount | $ 14,403.90 |
| Filing Fee | $ 80.00 |
| Service Fee | $ 0.00 |
| Attorney's Fees | $ 90 |
| TOTAL | $ 14,485.00 |

**FOR JUDICIARY USE ONLY**

In the attached complaint, the person or business suing you briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. If you do not answer the complaint, you may lose the case automatically and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. You have 35 days from the date of service to file your answer or a signed agreement. If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment. The judgment is valid for 20 years.

IF YOU DISAGREE WITH THE PLAINTIFF'S CLAIMS, A WRITTEN ANSWER OR SIGNED AGREEMENT MUST BE RECEIVED BY THE COURT ABOVE, ON OR BEFORE _____, OR THE COURT MAY RULE AGAINST YOU. IF YOU DISAGREE WITH THE PLAINTIFF, YOU MUST DO ONE OR BOTH OF THE FOLLOWING:

1. *Answer the complaint.* An answer form that will explain how to respond to the complaint is available at any of the New Jersey Special Civil Part Offices or on the Judiciary's Internet site njcourts.gov under the section for Forms. If you decide to file an answer to the complaint made against you:
   - Fill out the Answer form AND pay the applicable filing fee by check or money order payable to: *Treasurer, State of New Jersey.* Include *DC* _____ (your Docket Number) on the check.
   - Mail or hand deliver the completed Answer form and the check or money order to the court's address listed above.
   - Hand deliver or send by regular mail a copy of the completed Answer form to the plaintiff's attorney. If the plaintiff does not have an attorney, send your completed answer form to the plaintiff by regular and certified mail. This MUST be done at the same time you file your Answer with the court on or before _____.

2. *Resolve the dispute.* Contact the plaintiff's attorney, or contact the plaintiff if the plaintiff does not have an attorney, to resolve this dispute. The plaintiff may agree to accept payment arrangements. If you reach an agreement, mail or hand deliver the SIGNED agreement to the court's address listed above on or before _____.

**Please Note** - You may wish to get an attorney to represent you. If you cannot afford to pay for an attorney, free legal advice may be available by contacting Legal Services at _____. If you can afford to pay an attorney but do not know one, you may call the Lawyer Referral Services of your local County Bar Association at _____. Notify the court now if you need an interpreter or an accommodation for a disability for any future court appearance.

/s/ Name _____
Clerk of the Superior Court



MIDDC01254819

Middlesex Civil Div.
PO Box 1146
NewBrswick, NJ  08903

00366 04
HAPAG LLOYED (AMERICA0 LLC
399 HOSE LANE
PISCATAWAY NJ 08854





RECEIVED
OCT 3  2019
CLAIMS



